UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON

CASE NO. 6:05-CV-355 KKC

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA                                                                              PLAINTIFF

vs.                                              **OPINION AND ORDER**

B & W RESOURCES, INC., AND
BEGLEY PROPERTIES, LLC                                                                          DEFENDANTS

\* \* \* \* \* \* \* \* \*

This matter is before the Court on Defendants' Motion to Alter, Amend, or Vacate the Judgment entered by this Court on October 26, 2006, granting summary judgment to the Plaintiff. (Rec. No. 46). Having reviewed the Defendants' arguments, the Court DENIES the motion and upholds its original judgment granting the summary judgment in favor of the Plaintiff.

Motions to alter or amend judgment may be granted only in particular circumstances. Such motions may be granted "if there is a clear error of law, newly discovered evidence, an intervening change in controlling law, or to prevent manifest injustice." *GenCorp, Inc. v. American Intern. Underwriters*, 178 F.3d 804, 834 (6th Cir. 1999)(citations omitted). "A motion under Rule 59(e) is not an opportunity to re-argue a case." *Sault Ste. Marie Tribe of Chippewa Indians v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998). "Thus, parties should not use them to raise arguments which could, and should, have been made before judgment issued. Motions under Rule 59(e) must either clearly establish a manifest error of law or must present newly discovered

evidence." Id. at 374 (quoting *FDIC v. World Univ. Inc.,* 978 F.2d 10, 16 (1st Cir.1992)).

The Defendants state many reasons as why the Court should vacate the Judgment, however, these arguments are simply an attempt to re-argue the case. The Defendants do not point to any clear error of law, newly discovered evidence, an intervening change in controlling law, or manifest injustice, thus, Defendants' Motion to Alter, Amend, or Vacate the Judgment entered by this Court on October 26, 2006 is hereby DENIED.

Accordingly, it is **ORDERED** as follows:

(1) Defendants' Motion to Alter, Amend, or Vacate the Judgment (Rec. No. 46) is **DENIED**,

(2) the Court's Judgment of October 26, 2006 granting summary judgment in favor of the Plaintiff (Rec. No. 44) is **AFFIRMED**,

(3) this case is stricken from the active docket of this Court.

Dated this the 21st day of December.

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**